Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Clear Blue Pool Supply San Antonio, LLC | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Pinch a Penny #243<br>Pinch a Penny | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 2 9 1 6 4 1 1 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 22250 Bulverde Rd Ste 104<br>Number     Street | _____<br>Number     Street |
| San Antonio, TX 78261-3081<br>City            State    ZIP Code | _____<br>City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Bexar<br>County | _____<br>Number     Street |
| | _____<br>City            State    ZIP Code |

**5. Debtor's website (URL)**   www.pinchapenny.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor   Clear Blue Pool Supply San Antonio, LLC                               Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
        District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                          MM / DD / YYYY
        Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   Clear Blue Pool Supply San Antonio, LLC                         Case number *(if known)*  _____
         Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                    Number      Street<br>_____  ____  _____<br>City                          State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name  _____<br>           Phone         _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                    ☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000           ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000      ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    Clear Blue Pool Supply San Antonio, LLC          Case number *(if known)* _____
             Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/06/2023
             MM/ DD/ YYYY

X  /s/ Aaron J. Thompson                                          Aaron J. Thompson
   Signature of authorized representative of debtor                Printed name

Title _____ Manager _____

**18. Signature of attorney**

X  _____/s/ Ronald Smeberg_____        Date  09/06/2023
   Signature of attorney for debtor                   MM/ DD/ YYYY

Ronald Smeberg
Printed name

The Smeberg Law Firm
Firm name

4 Imperial Oaks
Number     Street

San Antonio                                TX          78248-1609
City                                       State       ZIP Code

_____                    ron@smeberg.com
Contact phone                              Email address

24033967                                   TX
Bar number                                 State

Fill in this information to identify the case:

Debtor name __Clear Blue Pool Supply San Antonio, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/06/2023__
MM/ DD/ YYYY

X __/s/ Aaron J. Thompson__
Signature of individual signing on behalf of debtor

__Aaron J. Thompson__
Printed name

__Manager__
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: Clear Blue Pool Supply San Antonio, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express  Po Box 6031  Carol Stream, IL 60197-6031 | (833) 674-7268 | | | | | $20,682.50 |
| 2 | Frost Bank  PO Box 34746  San Antonio, TX 78265 | (800) 513-7678 | | | | | $10,000.00 |
| 3 | Home Depot Credit Card  Po Box 790345  Saint Louis, MO 63179-0345 | (877) 875-5489 | | | | | $6,198.02 |
| 4 | Randolph Brooks Federal Credit Union  Po Box 2711  Omaha, NE 68103-2711 | (888) 999-4336 | | | | | $14,000.00 |
| 5 | Texas Pool Supply  15501 Capital Prt  San Antonio, TX 78249-1307 | (210) 479-0032 | | | | | $17,856.16 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor     Clear Blue Pool Supply San Antonio, LLC            Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**American Express**
Po Box 6031
Carol Stream, IL 60197-6031

**Bexar County Tax Assessor**
ATTN: Don Stecker
Linebarger Googan Blair & Sampson, LLP
112 E Pecan St Ste 2200
San Antonio, TX 78205-1588

**Corporation Service Company**
251 Little Falls Dr
Wilmington, DE 19808-1674

**Farrimond Castillo & Bresnahan PC**
John M. Castillo
130 E. Travis 350
San Antonio, TX 78205

**First Corp Sol as Rep.**
914 S. Street
Sacramento, CA 95811

**Frost Bank**
PO Box 34746
San Antonio, TX 78265

**Kate Hiles**
6385 150th Ave N
Clearwater, FL 33760-2399

**Home Depot Credit Card**
Po Box 790345
Saint Louis, MO 63179-0345

**Internal Revenue Service**
Austin Service Center
Attn Aur
Austin, TX 73301-0001

**M2G Fossil Creek, LLC**
c/o Milam Real Estate Capital, LLC
250 W Nottingham Dr Ste 410
San Antonio, TX 78209

**OnDeck Capital**
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

**Pinch a Penny, LLC**
6385 150th Ave N
Clearwater, FL 33760-2399

**Porpoise Pool and Patio, Inc.**
6385 150th Ave N
Clearwater, FL 33760-2399

**Randolph Brooks Federal Credit Union**
Po Box 2711
Omaha, NE 68103-2711

**Sun Wholesale Supply LLC**
6385 150th Ave N
Clearwater, FL 33760-2399

**Synchrony Bank/PayPal Credit**
ATTN: Bankruptcy Dept
Po Box 965033
Orlando, FL 32896-5033

**Texas Comptroller of Public Account**
Attn: Bankruptcy
Po Box 149359
Austin, TX 78714-9359

**Texas Pool Supply**
15501 Capital Prt
San Antonio, TX 78249-1307

**The Smeberg Law Firm**
4 Imperial Oaks
San Antonio, TX 78248-1609

**Zwicker & Associates P.C.**
6 Montgomery Village Ave. 50
Gaithersburg, MD 20879

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Clear Blue Pool Supply San Antonio, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    09/06/2023            Signature                    /s/ Aaron J. Thompson
                                                Aaron J. Thompson , Manager

## ARTICLE I.
### Recitals

Whereas the Members of CLEAR BLUE POOL SUPPLY SAN ANTONIO, LLC (the "Company"), acknowledge that the Company cannot continue operating in its current financial condition;

Whereas the Members believe that filing a bankruptcy under Chapter 11, Sub Chapter V of the Bankruptcy Code to reorganize the Company is the best current option to the Company to realize the largest repayments to creditors of the Company, equity holders and parties in interest;

Whereas the Members of the Company desire to authorize the Company's Manager Aaron Thompson to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization as a Sub Chapter V small business debtor, to execute all documents necessary to prosecute the bankruptcy and ultimately to execute all documents necessary to obtain confirmation in the bankruptcy process;

Therefore the Members of the Company resolve as follows:

## ARTICLE II.
### Resolutions

1. The Members resolve that the Company shall enter into a Chapter 11 Bankruptcy as a Sub Chapter V small business debtor and Aaron Thompson may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within his business judgment.
2. The Members acknowledge that a chapter 11 bankruptcy filing could have adverse consequences for Managers and Members of the Company.
3. The Members resolve to authorize Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF**, the Managing Member and Manager of CLEAR BLUE POOL SUPPLY SAN ANTONIO, LLC has resolved as stated above and has caused his signature, to be set forth below on this the 5 day of Sep, 2023.

Approved:

_____
Aaron Thompson, 100% Member

_____
Aaron Thompson, Manager

2